MEMORANDUM OPINION

No. 04-06-00482-CV

IN THE ESTATE OF FERNANDO MARTINEZ COBO, Deceased


From Probate Court No. 2 , Bexar County, Texas

Trial Court No. 2006-PC-0662

Honorable Tom Rickhoff , Judge Presiding




PER CURIAM



Sitting: Alma L. López , Chief Justice

 Catherine Stone , Justice

 Rebecca Simmons , Justice



Delivered and Filed: December 27, 2006



DISMISSED

 On December 7, 2006, Appellant Irma Roldan Walz filed a motion to dismiss this appeal indicating that she no longer
wishes to prosecute the appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. 
Therefore, we grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the appeal are taxed
against the appellant.

 PER CURIAM